```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
HERMAN JOHNSON, pro se,                          :
                                                 :
                Plaintiff,                       :        **ORDER**
                                                 :
        -against-                                :        01-CV-5996 (DLI)(LB)
                                                 :
COUNTY OF NASSAU, NASSAU HEALTH,                 :
CARE CORPORATION, NASSAU COUNTY                  :
SHERIFF'S DEPARTMENT, DR. JAMES NEAL,            :
KIM WHITEHEAD, and OFFICER BROWN,                :
                                                 :
                Defendants.                      :
----------------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

No objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J., dated March 31, 2005.

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that defendants' motions for summary judgment are granted and the plaintiff's complaint is dismissed in its entirety; and it is further hereby

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy to all parties and by mailing a copy to the plaintiff. The Clerk of the Court is further directed to close this case.


DATED:   Brooklyn, New York
         April 19, 2005

                                         _____/s/_____
                                              DORA L. IRIZARRY
                                            United States District Judge