UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HERMAN JOHNSON, *pro se*,

          Plaintiff,

  -against-

COUNTY OF NASSAU, NASSAU HEALTH
CARE CORPORATION, NASSAU COUNTY
SHERIFF'S DEPARTMENT, DR. JAMES NEAL;
KIM WHITEHEAD, and OFFICER BROWN,

          Defendants.
----------------------------------------------------------------X

JUDGMENT
01-CV- 5996 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on April 19, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated March 31, 2005, granting defendants' motions for summary judgment; and dismissing plaintiff's complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; that defendant's motions for summary judgment are granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       April 20, 2005

                                                          ROBERT C. HEINEMANN
                                                        Clerk of Court